# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

TERESA GHEEN                                                                    PLAINTIFF

V.                                                                    NO. 4:16CV00032-JMV

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SSA                                              DEFENDANT

### ORDER ON PETITION FOR ATTORNEY'S FEES

Before the Court is Plaintiff's Petition [22] for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). In these proceedings Plaintiff sought judicial review of the Social Security Commissioner's final decision denying a claim for benefits. By Final Judgment [18] dated October 25, 2016, this Court remanded this case to the Commissioner for further proceedings. Plaintiff now seeks attorney's fees and expenses in the amount of $6,469.13 on the grounds that she was the prevailing party, and the Commissioner's position was not "substantially justified." The Commissioner responds that there is no objection to the request for fees and expenses. Therefore, the Court finds the requested amount is reasonable, and no special circumstances would make an award unjust.

**THEREFORE, IT IS ORDERED**:

That the Commissioner shall promptly pay to Plaintiff a total of $6,469.13 in attorney's fees and expenses for the benefit of counsel for Plaintiff.

This, 5th day of January, 2017.

/s/ Jane M. Virden
U. S. MAGISTRATE JUDGE